IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PAMELA CATALANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:23-cv-00289-WHR-PBS |
| PNC BANK NATIONAL ASSOCIATION and ) | |
| AMY LASKODY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Melissa K. Taft of Seyfarth Shaw LLP, attorney for Defendants PNC Bank, N.A. and Amy Laskody, hereby withdraws her appearance as counsel for Defendants.  Kyle Petersen of Seyfarth Shaw LLP and Lisa Pierce Reisz of Epstein Becker Green  will continue to represent Defendants in this matter.

Date:  January 26, 2024

Respectfully submitted,

PNC BANK, N.A.

By: */s/ Melissa K. Taft*
    Uma Chandrasekaran
    Illinois Bar No. 6281690
    uchandrasekaran@seyfarth.com
    Melissa K. Taft
    Indiana Bar No. 29253-53
    mtaft@seyfarth.com
    SEYFARTH SHAW LLP
    233 S. Wacker Drive, Suite 8000
    Chicago, IL 60606-6448
    Telephone:  (312) 460-5000

2

          Lisa Pierce Reisz
          Epstein Becker Green
          250 West Street, Suite 300
          Columbus, OH 43215
          LPierceReisz@ebglaw.com
          Telephone: (614) 872-2500

          Attorneys for Defendant

307870618v.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I authorized the electronic filing of the foregoing by using the CM/ECF system, which will provide notification to all counsel of record.

/s/ Melissa K. Taft
Melissa K. Taft